## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br>**MARGARET W. REAVES**<br>     **DEBTOR** | CASE NO. 18-03759-5-DMW<br>CHAPTER 13 |

### RESPONSE TO OBJECTION TO CLAIM NO. 5 OF MTGLQ, INVESTORS, L.P.

**NOW COMES**, MTGLQ Investors, L.P. (hereinafter "Creditor"), by and through its legal counsel, Brock & Scott, PLLC, hereby responds to the Debtor's Objection to Claim, filed on November 15, 2018 (Docket No. 39) (hereinafter, the "Objection"), and respectfully shows unto the Court as follows:

1. On October 5, 2018, Creditor filed a Proof of Claim docketed as Claim No. 5 (herein, the "Claim"), in the total amount of $163,020.05, which included an arrears portion of $68,872.54.

2. On or about November 15, 2018, the Debtor filed an Objection to the Claim

3. Creditor requests the opportunity to be heard on the matter of the Objection.

WHEREFORE, Creditor respectfully requests that the Court:

1. Grant Creditor an opportunity to be heard on the matter of the Objection;

2. That the Court overrule the Objection to the extent Creditor is able to confirm the Claim and arrearage amounts; and

3. Grant Creditor such other and further relief as the Court deems just and proper.

This 13th day of December 2018.

            /s/ Melissa Swaby
            Melissa Swaby (N.C. Bar No. 48101)
            Attorney for Creditor
            8757 Red Oak Blvd., Suite 150
            Charlotte, NC 28217
            Ph: (704) 369-0676
            Fax: (704) 369-0760
            ncbkr@brockandscott.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br>**MARGARET W. REAVES**<br>**DEBTOR** | CASE NO. 18-03759-5-DMW<br>CHAPTER 13 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the RESPONSE TO OBJECTION TO CLAIM in the above captioned case were this day served upon the below named persons by electronic service and/or mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

| Margaret W. Reaves<br>604 Sardis Road<br>Raleigh, NC 27603 | Heyward G. Wall<br>PO Box 2282<br>Garner, NC 27529<br>*Served Electronically* | John F. Logan<br>PO Box 61039<br>Raleigh, NC 27661-1039<br>*Served Electronically* |
|---|---|---|

This 13th day of December 2018.

*/s/ Lenika Kirkham-Young*
Lenika Kirkham-Young, Paralegal
Brock & Scott, PLLC
8757 Red Oak Blvd, Suite 150
Charlotte, NC 28217
Ph: (704) 369-0676
Fax: (704) 369-0760