**SO ORDERED.**

**SIGNED this 28 day of May, 2019.**

_____

**David M. Warren**
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| IN RE: | |
| MARGARET W. REAVES | 18-03759-5-DMW |
| DEBTOR(S) | CHAPTER 13 |

_____

**CONSENT ORDER RESOLVING OBJECTION TO CLAIM**

**THIS CAUSE** coming on to be heard before the Court, and it appearing to the Court that Nationstar Mortgage LLC d/b/a Mr. Cooper, the Creditor, and the Debtor have agreed and consented to the entry of this Order resolving the Debtor's Objection to Claim pursuant to the agreement of the parties as set forth below:

**NOW THEREFORE**, with the agreement and consent of the parties, the Court makes the following:

**FINDINGS OF FACT**

1. On July 27, 2018, the Debtor, Margaret W. Reaves, filed a petition with the Bankruptcy Court for the Eastern District of North Carolina under Chapter 13 of Title 11 of the United States Code.

2. On the date the petition was filed, the Debtor was the owner of real property ("Property") located at 2309 Win Road, Garner, NC 27529.

3. The Property is subject to the first lien of Nationstar Mortgage LLC d/b/a Mr. Cooper by virtue of that Deed of Trust recorded June 13, 2002 in Book 9453, Page 2063 of the Wake County Public Registry ("Deed of Trust").

4. Said Deed of Trust secures the indebtedness evidenced by a Note from the Debtor to GreenPoint Mortgage Funding, Inc., in the original principal amount of $63,000.00, dated June 7, 2002 ("Note"). The Note is indorsed "in blank" and evidences a valid secured debt owed by Debtor to the holder of the Note.

5. On or about October 5, 2018, Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association, a corporation organized and existing under the laws of the United States of America ("Seterus") filed a Proof of Claim (Claims Register #4) listing a total claim amount of $68,706.47 with an arrearage claim amount of $22,758.93.

6. On November 15, 2018, the Debtor, by and through counsel, filed an Objection to Claim disputing the amount of pre-petition arrearage.

7. On or about April 30, 2019, Nationstar Mortgage LLC d/b/a Mr. Cooper filed a Transfer of Claim evidencing the transfer of the claim from Seterus to Nationstar Mortgage LLC d/b/a Mr. Cooper.

14-065553

8.  Nationstar Mortgage LLC d/b/a Mr. Cooper and the Debtor have agreed and consented to entry of this Order as shown by the signatures of counsel for the parties appearing below.

**NOW THEREFORE,** by virtue of the law and by reason of the premises aforesaid, and the consent of the parties, it is Ordered, Adjudged and Decreed as follows:

A.  Nationstar Mortgage LLC d/b/a Mr. Cooper the holder of the secured debt evidenced by the Note and Deed of Trust, hereby amends its secured claim as follows:

|  |  |
|---|---|
| Prepetition Arrearage | $20,236.18 |
| **Total Claim** | $66,183.72 |

B.  The terms of this Order are conditioned upon the Debtor's successful completion of her Chapter 13 bankruptcy case. Therefore, this Order becomes null and void if the Debtor does not complete her Chapter 13 Plan, the Debtor's Chapter 13 case is dismissed, the Property is surrendered, or the Debtor's Chapter 13 case is converted to a case under Chapter 7 under Title 11 of the United States Code.

C.  The Trustee shall adjust his/her records as necessary to accommodate the amended claim as described in Paragraph A above.

Agreed and consented to this 17th day of April, 2019.

*/s/ Andrew Lawrence Vining*
Andrew Lawrence Vining,
Attorney for Creditor, Bar # 48677
avining@logs.com |704-831-2286
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Jonathan Davis
jodavis@logs.com | 704-831-2392
Electronic Service Notifications: ncbkmail@shapiro-ingle.com

Agreed and consented to this 7th day of May 2019.

*/s/ Heyward G Wall*
Heyward G Wall, Heyward Wall Law, P.A.
Attorney for Debtor
PO Box 2282
Garner, NC 27529
PHONE: (919)661-3366
Email: heyward@heywardwall.com

No objection this the 7th day of May 2019.

*/s/ John F. Logan*
John F. Logan, Trustee
N.C. State Bar No.: 12473
Office of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661-1039
Phone (919) 876-1355

End of Document

14-065553