**SO ORDERED.**

**SIGNED this 25 day of July, 2019.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br>MARGARET W. REAVES<br>　　　　　　DEBTOR | CASE NO.  18-03759-5-DMW<br>CHAPTER 13 |

### CONSENT ORDER RESOLVING OBJECTION TO CLAIM

**THIS CAUSE** coming on to be heard upon the Debtor's Objection to Claim ("Objection") (Doc. No.: 39), and it appearing to the Court that the Debtor and MTGLQ Investors, L.P. ("Creditor"), have consented to resolve this matter and request the entry of this Consent Order as set forth below.

**NOW THEREFORE,** with the agreement and consent of the parties, the Court makes the following:

### FINDINGS OF FACT

1. On July 27, 2018 (the "Petition Date"), Margaret W. Reeves (the "Debtor"), filed a petition with the Bankruptcy Court for the Eastern District of North Carolina under Chapter 13 of Title 11 of the United States Code.

2. On or about October 5, 2018, Creditor filed a Proof of Claim, docketed as Court Claim No. 5-1, indicating a secured claim in the amount of $163,020.05 as of the Petition Date (the "Claim").  The Claim included an arrears portion of $68,872.54.

3. On or about November 15, 2018, the Debtor filed the Objection with respect to the arrearage figures reflected in the Claim, on grounds that the Claim total and arrearage should be recalculated to reflect payments made by the Debtor through 2014.

4. The Parties have agreed to resolve the matter and consent to entry of this Order as shown by the signatures of counsel for the parties appearing below.

**NOW THEREFORE,** by virtue of the law and by reason of the premises aforesaid, and the consent of the parties, it is Ordered, Adjudged and Decreed as follows:

1. The pre-petition arrearage total shall be revised to $28,483.81, as stated on the Amended Plan filed on May 17, 2019 (Doc. No.: 85). This arrearage reduction includes credit to the Debtor for payments received through December 2014 and further reduction of $11,016.48, which was credited to Debtor pursuant to the Superior Court Order entered on June 11, 2013 to resolve the previous foreclosure matter.

2. The Creditor shall file an amended Proof of Claim to reflect the agreed upon arrearage of $28,483.81.

3. The Parties shall bear their own costs for this matter.

This, the 17th of July, 2019

/s/ Melissa Swaby
Melissa Swaby (N.C. Bar No. 48101)
Attorneys for Creditor
8757 Red Oak Blvd, Suite 150
Charlotte, NC 28217
704-369-0676 x1147
ncbkr@brockandscott.com

/s/ Heyward G. Wall
Heyward G. Wall (N.C. Bar No. 25735)
Attorney for Debtor
NC State Bar No. 25735
P.O. Box 2282
Garner, NC 27529
Tel: (919) 661- 3366
Fax: (855) 998-8585

/s/ John F. Logan
John F. Logan (N.C. Bar No. 12473)
Eastern District Of North Carolina
NC State Bar No. 12473
PO Box 61039
Raleigh, NC 27661-1039
Tel: (919) 876-1355

END OF DOCUMENT